# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

145988 & (63)(64)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MAJESTIC GOLF, L.L.C.,
        Plaintiff/Counter-Defendant/
        Appellee,

v

LAKE WALDEN COUNTRY CLUB, INC.,
        Defendant/Counter-Plaintiff/
        Appellant.

SC: 145988
COA: 300140
Livingston CC: 09-024146-CZ

_____/

     On order of the Court, the motions for leave to file briefs amicus curiae are GRANTED. The application for leave to appeal the July 10, 2012 judgment of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk

p0327